Núm. 6418.—National City Bank, apldo. v. De la Torre et als., aplte. el primero.—C. D. San Juan. Febrero 17, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción del demandado apelante Francisco de la Torre en la que solicitaba de esta corte que se señalara día y hora para la audiencia de ambas partes interesadas en cuanto a los posteriores

procedimientos a seguir a virtud del mandato enmendado remitido a esta corte por la Corte de Circuito de Apelaciones para el Primer Circuito de los Estados Unidos;

Vistos los informes escritos radicados por una y otra parte;

POR CUANTO, ambas partes convienen en que el caso debe ser enviado de nuevo a la Corte de Distrito de San Juan para que dicha corte proceda a dictar la sentencia que estimare procedente de acuerdo con la opinión de la Corte de Circuito y las leyes que regulan la imposición de costas y honorarios de abogado, se resuelve que el caso sea enviado a la Corte de Distrito de San Juan para que dicha corte proceda a dictar la sentencia que estimare procedente.

El Juez Asociado Sr. Córdova Dávila no intervino.